**ORIGINAL**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
GREEN BAY DIV.
09 DEC 23 AM 10:06
FILED
JON W. SANFILIPPO
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. **09 CR 320** |
| WAYNE R. WHEELOCK, | [18 U.S.C. § 371] |
| Defendant. | **Green Bay Division** |

## INFORMATION

### COUNT ONE

**THE UNITED STATES ATTORNEY CHARGES:**

1. Beginning on October 28, 2009, and continuing until October 30, 2009, in the State and Eastern District of Wisconsin,

**WAYNE R. WHEELOCK**

did knowingly and willfully conspire and agree with others to commit an offense against the United States in violation of Title 18, United States Code, Sections 111(a)(2).

2. On October 27, 2009, a federal grand jury sitting in the Eastern District of Wisconsin returned separate indictments against Wheelock alleging that he failed to register as a sexual offender contrary to 18 U.S.C. § 2250 and that, as a repeat offender, he engaged in a sexual act with a person over twelve years of age but less than sixteen years of age contrary to 18 U.S.C. § 2243. Wheelock was held in custody at the Menominee Tribal Jail.

In furtherance of the conspiracy, Wheelock and others committed the following acts:

3. Wheelock scheduled a dental appointment at the Menominee Tribal Clinic knowing that

he would be transported to that appointment by a correctional officer.

4. Wheelock instructed his conspirators to (a) obtain a firearm, ammunition, a mask, and a car; (b) wait in the Menominee Tribal Clinic parking lot until Wheelock was being escorted back to the Menominee Tribal Jail; and (c) forcibly assault the correctional officer allowing Wheelock to escape.

5. Wheelock's conspirators obtained an air pistol, a mask, and a car. On October 30, 2009, two conspirators waited in the Menominee Tribal Clinic parking lot for Wheelock and a correctional officer to exit the clinic.

6. As the correctional officer escorted Wheelock back to the Menominee Tribal Jail, Wheelock's conspirators assaulted the correctional officer with the air pistol allowing Wheelock to escape.

All in violation of Title 18, United States Code, Sections 371 and 2.

MICHELLE L. JACOBS
United States Attorney